AO 94 (Rev. 8/97) Commitment to Another District

UNITED STATES DISTRICT COURT

EASTERN District of PENNSYLVANIA

UNITED STATES OF AMERICA
v.
WALEED THOMAS a/k/a EZERELL BYNUM

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 01-CR-276 & 07-CR-501 | 12-1188-M | |

FILED AUG 9 2012 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☐ Complaint ☐ x Other (specify) VOSR

charging a violation of  18  U.S.C. § 371(a)

**DISTRICT OF OFFENSE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**DESCRIPTION OF CHARGES:**

**VIOLATION OF SUPERVISED RELEASE**
**CLERK TO SEND ALL ORIGINALS TO DISTRICT OF OFFENSE.**

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | X CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | Yes | Language: | |

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8-9-12
Date

United States ~~Judge~~ Magistrate Judge  HENRY S. PERKIN

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |